**Edwin MILLER, Plaintiff-Appellant,**

**v.**

**Harold W. CLARKE, Director Virginia D.O.C.; Keith W. Davis, Warden Sussex I State Prison; J. Boone, Assistant Warden; Curry, Lt.; Lieutenant Supervisor; Ricks, Sgt.; Sergeant Supervisor; C. W. Cook, Correctional Officer; J. E. Saucedo, Correctional Officer; Clinton, O.S.S.; Office Service Specialist; Wendy S. Hobbs, Regional Administrator; Officer Stephenson, a/k/a Stevens, Defendants-Appellees.**

No. 16-7587

United States Court of Appeals, Fourth Circuit.

Submitted: February 23, 2017

Decided: February 28, 2017

Edwin Miller, Appellant Pro Se. John Michael Parsons, Assistant Attorney General, Richmond, Virginia, for Appellees.

Before SHEDD and DIAZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edwin Miller appeals the district court's order dismissing the claims against Defendant Cook without prejudice and granting summary judgment to the remaining Defendants. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Miller v. Clarke, No. 1:14-cv-00978-AJT-JFA, 2016 WL 6471041 (E.D. Va. filed Oct. 26, 2016; entered Oct. 28, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED